IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JACQUI HOLT, | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO.: |
| | : | 14-4278 |
| CAROLYN W. COLVIN, | : | |
| Acting Commissioner of Social Security. | : | |

## ORDER

**AND NOW**, this 29th day of September, 2015, upon consideration of Plaintiff's Brief and Statement of Issues in Support of Request for Review (Dkt No. 12), Defendant's Response (Dkt No. 13), Plaintiff's Memorandum in Support (Dkt No. 16), and after independent review of the record herein, and after review of the Report and Recommendation of M. Faith Angell, United States Magistrate Judge, **IT IS HEREBY ORDERED**:

1)   The report and recommendation of Judge Angell, (Doc. No. 33), is **APPROVED** and **ADOPTED**.

2)   The relief sought in plaintiff's Brief and Statement of Issues in Support of Request for Review (Dkt No. 12) is **GRANTED**.

3)   This matter is **REMANDED** to the Commissioner for further proceedings. The ALJ must provide additional consideration and analysis, consistent with the Report and Recommendation.

               **BY THE COURT:**


               /s/ C. Darnell Jones, II
               C. DARNELL JONES, II   J.